*Ronald T. Murphy,* special public defender, in opposition.

Decided November 4, 1992

STATE OF CONNECTICUT *v.* JONATHAN MILLER

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 207 (AC 10071), is granted, limited to the following question:

"Does the Connecticut constitution, in specific, article tenth, § 1, article first, § 7, or article first, § 9, prohibit municipal police from intentionally going into another municipality to perform investigations, stake-outs *Terry* stops, and/or warrantless seizures?"

The Supreme Court docket number is SC 14634.

*Ronald T. Murphy,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided November 4, 1992

CLAUDIA EMERICK *v.* ROGER EMERICK

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 794, is denied.

*Roger Emerick,* pro se, in support of the petition.

Decided November 5, 1992